IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
|              Plaintiff, | ) |
| v. | ) Civ. Action No. 21-cv-02418 (APM) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
|              Defendant. | ) |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's July 16, 2022 minute order, respectfully submit this Joint Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit are Plaintiff's June 2021 FOIA request to the Food and Drug Administration ("FDA"), Centers for Disease Control and Prevention ("CDC"), and National Institute for Allergy and Infectious Disease ("NIAID"), components of Defendant U.S. Health and Human Services ("HHS"), and Plaintiff's July 2021 FOIA request to the Biomedical Advanced Research and Development Authority ("BARDA"), another component of Defendant, seeking access to biodistribution studies and related data for the Pfizer, Moderna, and Johnson & Johnson vaccines used to treat and/or prevent SARS-CoV-2 and/or COVID-19.

2. The only issues remaining relate to the productions by the FDA. The parties are continuing to confer to resolve or narrow the issues in dispute.

3. In light of the above, the parties propose that they file another joint status report on or before September 23, 2022, in which they will update the Court on the status of their discussions and whether any further proceedings are necessary.

Dated: August 15, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street Avenue N.W. Room 11028
Washington, D.C. 20530
Tel.: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

*Counsel for Defendants*


/s/ Kathryn Blankenberg
KATHRYN BLANKENBERG (Admitted *Pro Hac Vice*)
PAUL J. ORFANEDES (D.C. Bar No. 429716)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel:    (202) 646-5172
Email: kblankenberg@judicialwatch.org
            porfanedes@judicialwatch.org

 *Counsel for Plaintiff*