## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 21-CV-02418 (APM) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

Plaintiff is now satisfied with Defendant's response to the Freedom of Information Act request at issue in this litigation and, accordingly, the parties, by counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of this action, each party to bear its own attorney's fees and costs.

Dated:  September 20, 2022        Respectfully submitted,

/s/ Kathryn Blankenberg
KATHRYN BLANKENBERG (D.C. Bar No. 1781777)
PAUL J. ORFANEDES (D.C. Bar No. 429716)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel:     (202) 646-5172
Email: kblankenberg@judicialwatch.org
            porfanedes@judicialwatch.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street Avenue N.W. Room 11028
Washington, D.C. 20530
Tel.: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

*Counsel for Defendant*